JONATHAN O. PENA, ESQ.
CA Bar ID No. 278044
Peña & Bromberg, PLC
3467 W. Shaw Ave., Ste 100
Fresno, CA 93711
Telephone: 559-412-5390
Fax: 866-282-6709
info@jonathanpena.com
Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Julius Annmar Tata Solsoloy,<br>Plaintiff,<br>vs.<br>Frank Bisignano, COMMISSIONER OF SOCIAL SECURITY[1],<br>Defendant. | Case No. 1:26-cv-05693-JLT-GSA<br>STIPULATION AND ORDER FOR EXTENSION OF TIME |

Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 18-day extension of time, from October 19, 2026 to November 6, 2026, for Plaintiff to serve on defendant with PLAINTIFF'S

1 Frank Bisignano became the Commissioner of Social Security on May 7, 2025. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Frank Bisignano should be substituted for Leland Dudek as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

MOTION SUMMARY JUDGMENT. All other dates in the Court's Scheduling Order shall be extended accordingly.

This is Plaintiff's first request for an extension of time. Plaintiff respectfully states that the requested extension is necessary due several merit briefs being due on the same week. For the weeks of October 19, 2026 and October 26, 2026 the Plaintiff's Counsel has eleven merit briefs due. Counsel requires additional time to brief the issues thoroughly for the Court's consideration. Defendant does not oppose the requested extension. Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

Respectfully submitted,

Dated: September 24, 2026 PENA & BROMBERG, ATTORNEYS AT LAW

By: */s/ Jonathan Omar Pena*
JONATHAN OMAR PENA
Attorneys for Plaintiff

Dated: September 24, 2026 ERIC GRANT
United States Attorney
MATHEW W. PILE
Head of Program Litigation 1
Law & Policy
Social Security Administration

By: **/s/ Roseanne C. Gillette Lazzarotto*
Roseanne C. Gillette Lazzarotto
Special Assistant United States Attorney
Attorneys for Defendant
(*As authorized by email on September 24, 2026)

**ORDER**

Pursuant to stipulation,

IT IS SO ORDERED.

Dated: **September 25, 2026** **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE